# CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA,

Plaintiff,

v. Case Number: 02cr5(DWF/AJB)

ANDRE R. LOCKE, SR.,

Defendant(s).

I hereby certify that on January 5, 2005, I served, or caused to be served, the following documents:

Government's Response in Opposition to Petitioner's Motion to Vacate, Set Aside or Correct Sentencing Pursuant to 28 U.S.C. S 2255

I certify, further, that I served, or caused to be served the above-listed documents to non-ECF participants by placing a copy in an envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and delivering by mail to:

Andre R. Locke, Sr.
#10233-041
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093

THOMAS B. HEFFELFINGER
United States Attorney

s/ Kim Anderson

BY: KIM ANDERSON
Legal Assistant