UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Cr. No. 02-5 (DWF/AJB)
Civil No. 04-5102 (DWF)

RECEIVED
BY MAIL
JAN 25 2005
CLERK, US DIST. COURT
ST. PAUL, MN

| | | |
|---|---|---|
| ANDRE R. LOCKE, Sr. | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | **MOTION TO FILE TRAVERSE** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

Petitioner, Andre R. Locke, Sr., pro se, respectfully seeks leave of this Honorable Court to file his Traverse to the Government's Response in opposition to his motion filed under Title 28, United States Code, Section 2255.

Petitioner filed his motion with the Court on December 23, 2004, and the Government, in response, filed their response on January 5, 2005.

While there is nothing in §2255, which corresponds to the §2248 requirement of a traverse to the answer submitted by the Government, Petitioner would seek leave of the Court to traverse the answer because of the "Special circumstances" exception.

Numerous cases have held that the Government's answer and affidavits, if any are submitted, are not conclusive against the movant, and if they raise disputed issues of fact, a hearing must be held. Machibroda v. United States, 368 U.S. 487, 494-95 (1962); United States v. Salerno, 290 F.2d 105, 106 (2nd Cir. 1961);



SCANNED
JAN 25 2005
U.S. DISTRICT COURT ST. PAUL

Romero v. United States, 327 F.2d 711, 712 (5th Cir. 1964); Scott v. United States, 349 F.2d 641, 642-43 (6th Cir. 1966); and Del Piano v. United States, 362 F.2d 931, 932-33 (3rd Cir. 1966).

In the present case, Respondent, United States of America, has raised issues of facts that are clearly disputed with law. Based upon precedent case law clearly established by the Supreme Court, and case law in this Circuit, and as such, are available for Traverse by Petitioner, and further, should and could be resolved by this Honorable Court.

## CONCLUSION

**WHEREFORE**, premised upon this Court's consideration, and for the reasons as stated, Petitioner repsectfully requests this Honorable Court to permit him to file his Traverse to the Government's answer in opposition to his motion under Title 28, United States Code, Section 2255.

Respectfully submitted,

Andre R. Locke Sr.

Andre R. Locke, Sr.