CR 02-5 DWF/AJB

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Petitioner's foregoing MOTION FOR LEAVE TO FILE A TRAVERSE, and TRAVERSE have been sent by U.S. Mail, Postage pre-paid; to:

Joseph T. Dixon, III
Assistant U.S. Attorney
District of Minnesota
600 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Dated: This the 19 day of January, 2005.

Andre R. Locke Sr.
Andre R. Locke, Sr.
Reg. No.: #10233-041, Unit A
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093