CR 02-5 DWF/AJB

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the Petitioner's foregoing TRAVERSE has been sent by U.S. mail, postage prepaid, to:

Joseph T. Dixon III
Assistant United States Attorney
District of Minnesota
600 United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

Dated: This, the 19th day of January, 2005.

Andre R. Locke Sr.

Andre R. Locke, Sr.
10233-041, Unit A
Federal Correctional Institution
P.O. Box 1731
Waseca, MN 56093



SCANNED
JAN 25 2005
U.S. DISTRICT COURT ST. PAUL